UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMIR PAYMAYESH,

    Plaintiff,       State Case No.: 2023-CA-002813
                                       Federal Case No:

vs.

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

    Defendant.
_____/

### DEFENDANT'S NOTICE OF REMOVAL

COMES NOW, Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty Mutual"), pursuant to 28 U.S.C. §§ 1332, 1441, 1446, files this Notice of Removal ("Notice") of this action from the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida to the United States District Court for the Middle District of Florida, Orlando Division, and in support of removal states:

### INTRODUCTION

1. The Plaintiff, Amir Paymayesh, served his initial Complaint for Breach of Contract against Liberty Mutual on May 17, 2023 in the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida. The Plaintiff alleges that Liberty Mutual breached the contract of insurance by failing

to reimburse Plaintiff adequately for damages and otherwise make Plaintiff whole. *See* Plaintiff's Complaint, ¶13, a copy of which is contained within the State Court file attached as Exhibit "1."

2. This Court has jurisdiction over this removed action pursuant to 28 U.S.C. § 1441. This breach of contract action could have been filed in this Court pursuant to 28 U.S.C. § 1332 because it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. *See* 28. U.S.C. § 1332.

3. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders and other papers or exhibits filed in the State Court are attached as Exhibit "1."

## DIVERSITY OF CITIZENSHIP EXISTS

4. The Plaintiff, Amir Paymayesh, is now and was at the time of the filing of the Complaint, a citizen of the State of Florida. *See* Plaintiff's Complaint, ¶ 2. *See also* Seminole County Property Appraiser records indicating Plaintiff's homestead status, attached as Exhibit "2."

5. Liberty Mutual is now, and was at the time of the filing of the Complaint, an Illinois corporation, with its principal place of business in Boston, Massachusetts. Thus, Liberty Mutual is a citizen of Illinois and Massachusetts. *See* 28 U.S.C. § 1332(c)(1).

## THE AMOUNT IN CONTROVERSY REQUIREMENT IS MET

6. Plaintiff's Complaint seeks damages "in excess of $50,000.00, exclusive of attorney fees, costs and interest." *See* Plaintiff's Complaint, ¶ 1.

7. Prior to the lawsuit being filed, Plaintiff demanded $116,000.00 in his Notice of Intent to Initiate Litigation filed on February 9, 2023, pertaining to this claim. A copy of the Notice of Intent to Initiate Litigation is attached as Exhibit "3."

9. The $106,398.00 (excluding attorneys' fees) claimed in damages from Plaintiff is based upon an estimate that was prepared by Loss Assessment. A copy of the estimate prepared on behalf of the Plaintiff is attached as Exhibit "4."

10. Therefore, the amount in controversy in this matter is in excess of the $75,000.00 jurisdictional limits of the Court. *See* 28 U.S.C. § 1332(a).

## REMOVAL IS OTHERWISE PROPER

11. Liberty Mutual was served with Plaintiff's Complaint on May 17, 2023.

12. 28 U.S.C. § 1446(b)(1) states "The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after service of summons upon the defendant if such initial pleading has then been

filed in court and is not required to be served on the defendant, whichever period is shorter."

13. This Notice has been filed within 30 days of service and therefore is timely pursuant to 28 U.S.C. § 1446(b)(1), 28 U.S.C. § 1446(b)(3), and 28 U.S.C. § 1446(c)(1).

14. Venue exists in the Middle District of Florida, Orlando Division, because the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County is located within this District and Division.

15. Written notice of the filing of the Notice of Removal will be promptly served on Plaintiffs' Counsel, and a copy will be promptly filed with the Clerk of the Circuit Court for Brevard County, Florida, pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal to Federal Court is attached as Exhibit "5."

WHEREFORE, the Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removes this action from the Circuit Court of Seminole County, Florida to this Court.

Respectfully submitted,

*/s/ Burks A. Smith, III, Esq.*
BURKS A. SMITH, III, ESQUIRE
Fla. Bar No. 13977
bsmith@traublieberman.com
KIMBERLY T. VAN DER RIET, ESQUIRE
Fla. Bar No. 027164

<div style="text-align: right">

kvanderriet@tlsslaw.com
**Trial Counsel**
55 First Street South
St. Petersburg, Florida 33701
(727) 898-8100 - Telephone
(727) 895-4838 - Facsimile
Attorney for Defendant

</div>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to Thomas Renda, Esq., COHEN LAW GROUP, 350 North Lake Destiny Road, Maitland, Florida 32751 at trenda@itsaboutjustice.law; *this 26th day of May, 2023.*

<div style="margin-left: 50%">

*/s/Burks A. Smith, III, Esquire*
BURKS A. SMITH, III, ESQUIRE
Fla. Bar No. 13977
KIMBERLY T. VAN DER RIET, ESQUIRE
Fla. Bar No. 027164

</div>

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
AMIR PAYMAYESH

### DEFENDANTS
LIBERTY MUTUAL FIRE INSURANCE COMPANY

**(b)** County of Residence of First Listed Plaintiff: **SEMINOLE**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Illinois & Massachusetts**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Thomas Renda, Esq., Cohen Law Group, 350 North Lake Destiny Road, Maitland, Florida 32751 - 407.478.4878

Attorneys *(If Known)*
Burks A. Smith, III, Esq., Traub Lieberman, 55 First Street South, St. Petersburg, Florida 33701 - 727-898-8100

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- [X] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

(Remaining categories: TORTS, REAL PROPERTY, CIVIL RIGHTS, PRISONER PETITIONS, FORFEITURE/PENALTY, BANKRUPTCY, LABOR, IMMIGRATION, SOCIAL SECURITY, FEDERAL TAX SUITS, OTHER STATUTES — none checked.)

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1446(b)(1), 28 U.S.C. § 1446(b)(3), and 28 U.S.C. § 1446(c)(1)

Brief description of cause:
Insurance Breach of Contract

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $: $106,398.00
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE: 5/26/2023
SIGNATURE OF ATTORNEY OF RECORD: /s/ Burks A. Smith, III

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____